UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MALIBU BOATS, LLC,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>SKIER'S CHOICE, INC.,<br><br>    Defendant/Counterclaim Plaintiff. | Case No. 3:18-CV-015<br>[Consolidated with 3:19-CV-225] |

**JOINT REQUEST FOR TELEPHONIC RULE 16 STATUS CONFERENCE**

Malibu Boats, LLC ("Malibu") and Skier's Choice, Inc. ("Skier's Choice") submit this Joint Request for a Telephonic Rule 16 Status Conference concerning the remaining deadlines and trial in this matter. In support, the parties state as follows:

1. Under the Court's Second Scheduling Order [Doc. 81], the remaining deadlines in this case are as follows: Witness Lists due August 19, 2020; Pretrial Disclosures, Joint Pretrial Order, Motions *in Limine* and Jury Instructions due August 26, 2020; and Trial Briefs due September 9, 2020. In addition, the Pretrial Conference is currently set for September 18, 2020, and the jury trial in this matter currently set to begin on September 29, 2020. *Id.*

2. The COVID-19 pandemic remains ongoing.

3. Due to the ongoing COVID-19 pandemic, the parties seek to discuss with the Court whether this matter will proceed for trial on September 29, 2020. To be clear, Malibu would prefer to proceed with the schedule as set but will defer to the Court's instruction.

4. Further, there has been no claim construction ruling in this case to date. Adjudication of these pending issues may affect the evidence used at trial as well as the parties' pretrial submissions concerning the same.

5. As a result, the parties jointly request a telephonic status conference before the Court to discuss the scheduling of the trial in this matter as well as the scheduling of the remaining deadlines. The foregoing is requested for good cause and for judicial economy in view of the ongoing COVID-19 pandemic.

6. Accordingly, the parties respectfully request that the Court set a telephonic scheduling conference in this matter on a date and time convenient for the Court, but, if possible, prior to August 12, 2020.

Dated: August 5, 2020

| | |
|---|---|
| /s/Zachary A.P. Oubre | /s/ David S. Almeling (signed w/ permission) |

R. Bradford Brittian (007130)  
John T. Winemiller (021084)  
Ian G. McFarland (030549)  
Merchant & Gould, P.C.  
800 S. Gay Street, Suite 2150  
Knoxville, TN 37929  
Telephone: (865) 380-5960  
Fax: (612) 332-9081  
jwinemiller@merchantgould.com  
bbritian@merchantgould.com  
imcfarland@merchantgould.com  

*Admitted Pro Hac Vice*  
Michael J. LaBrie, OBA #16253  
Spencer F. Smith, OBA #20430  
Zachary A.P. Oubre, OBA #30666  
McAfee & Taft A Professional Corporation  
Tenth Floor, Two Leadership Square  
211 N. Robinson  
Oklahoma City, OK 73102  
Telephone: (405) 235-9621  
Fax: (405) 235-0439  
mike.labrie@mcafeetaft.com  
spencer.smith@mcafeetaft.com  
zach.oubre@mcafeetaft.com  

*Attorneys for*  
*SKIER'S CHOICE, INC.*

Darin W. Snyder (*admitted pro hac vice*)  
dsnyder@omm.com  
David S. Almeling (*admitted pro hac vice*)  
dalmeling@omm.com  
Cameron W. Westin (*admitted pro hac vice*)  
cwestin@omm.com  
O'MELVENY & MYERS LLP  
Two Embarcadero Center, 28th Floor  
San Francisco, California 94111-3823  
Telephone: (415) 984-8700  
Facsimile: (415) 984-8701  

Matthew M. Googe (TN BPR #030164)  
mgooge@robinsoniplaw.com  
Michael E. Robinson (TN BPR #024681)  
rrobinson@robinsoniplaw.com  
ROBINSON IP LAW, PLLC  
9274 Kingston Pike, Suite 1403  
Knoxville, Tennessee 37922  
Telephone: (865) 978-6480  
Facsimile: (865) 978-6493  

*Attorneys for*  
*MALIBU BOATS, LLC*