# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| MALIBU BOATS, LLC,<br>　　Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>SKIER'S CHOICE, INC.,<br>　　Defendant/Counterclaim Plaintiff. | Case No. 3:18-CV-15-JPM-HBG<br>[consolidated with Case No. 3:19-CV-225] |

## VERDICT FORM

In answering the following questions and filling out this Verdict Form, you are to follow all of the instructions I have given you in the Court's charge. Your answer to each question must be unanimous.

As used herein, "Malibu" means Plaintiff Malibu Boats, LLC. As used herein, "Skier's Choice" means Defendant Skier's Choice, Inc.

As used herein, "Patents-in-Suit" means U.S. Patent No. 9,260,161 (also known as the '161 Patent) and U.S. Patent No. 10,322,777 (also known as the '777 Patent).

## ** NOTE: YOU MUST ANSWER QUESTION 1 **

**QUESTION 1: Infringement**

Did Malibu prove by a preponderance of the evidence that Skier's Choice infringed the following claims of the Patents-in-Suit?

Check "Yes" or "No" for each listed claim in the space provided.
("Yes" is a finding for Plaintiff Malibu; "No" is a finding for Defendant Skier's Choice).

'161 Patent

    Claim 1:    Yes_____    No __✓__

    Claim 34:    Yes_____    No __✓__

'777 Patent

    Claim 1:    Yes_____    No __✓__

    Claim 14:    Yes __X*__    No_____

*See Section III.G (Additional Instruction on Claim 14 of '777 Patent on Page 31)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

2

Case 3:19-cv-00225-JPM-HBG   Document 212   Filed 05/21/21   Page 2 of 7   PageID #: 7143

** **ANSWER THIS NEXT QUESTION ONLY AS TO THOSE CLAIMS YOU ANSWERED "YES" TO IN QUESTION 1 ABOVE — OTHERWISE DO NOT ANSWER THIS QUESTION.** **

**QUESTION 2: Willful Infringement**

If you found that Skier's Choice infringed any of the claims of the Patents-in-Suit in response to Question 1, did Malibu prove that it is more likely than not that such infringement was willful?

Check "Yes" or "No" in the space provided.
("Yes" is a finding for Plaintiff Malibu; "No" is a finding for Defendant Skier's Choice).

Yes_____    No __✓__

3

**  NOTE: YOU <u>MUST</u> ANSWER QUESTION 3A AND 3B **

**QUESTION 3: Invalidity**

3A. Did Skier's Choice prove by clear and convincing evidence that any of the following claims of the Patents-in-Suit are invalid as anticipated or obvious in view of the prior art?

Check "Yes" or "No" for each listed claim in the space provided.
("Yes" is a finding for Defendant Skier's Choice; "No" is a finding for Plaintiff Malibu).

'161 Patent

    Claim 1:    Yes ✓    No ____

    Claim 34:    Yes ✓    No ____

'777 Patent

    Claim 1:    Yes ✓    No ____

    Claim 14:    Yes ✓    No ____

4

Case 3:19-cv-00225-JPM-HBG   Document 212   Filed 05/21/21   Page 4 of 7   PageID #: 7145

3B. Did Skier's Choice prove by clear and convincing evidence that any of the following claims of the Patents-in-Suit are invalid for lacking adequate written description or for lack of enablement?

Check "Yes" or "No" for each listed claim in the space provided.
("Yes" is a finding for Defendant Skier's Choice; "No" is a finding for Plaintiff Malibu).

'161 Patent

    Claim 1:    Yes __✓__    No _____

    Claim 34:    Yes __✓__    No _____

'777 Patent

    Claim 1:    Yes __✓__    No _____

    Claim 14:    Yes __✓__    No _____

5

Case 3:19-cv-00225-JPM-HBG   Document 212   Filed 05/21/21   Page 5 of 7   PageID #: 7146

**\*\* NOTE: ANSWER QUESTION 4 ONLY IF YOU HAVE FOUND AT LEAST ONE CLAIM LISTED IN QUESTION 1 INFRINGED AND FOUND THAT SUCH CLAIM IS NOT INVALID IN QUESTION 3. OTHERWISE, DO NOT ANSWER THIS NEXT QUESTION. \*\***

**QUESTION 4: Damages**

4A.  Has Malibu proven by a preponderance of evidence that it is entitled to damages in the form of lost profits?

   Yes_____   No_____

If you answered "Yes" to Question 4A, then proceed to Question 4B.

If you answered "No" to Question 4A, then proceed to Question 4C.

4B.  What is the amount of the lost profit damages that Malibu has proven by a preponderance of the evidence that it would have made but for the infringement?

   $_____

4C.  What amount of reasonable royalty damages do you find by a preponderance of the evidence that Malibu has proven it is owed due to Skier's Choice's infringement? If you awarded lost profits in Question 4B, you must exclude the sales of infringing products from that lost profits amount from the royalty base (number of infringing products) of the reasonable royalty calculation below.

_____  x  _____  =  _____
*Royalty Base*            *Royalty Rate*          *Total Royalty*
*(Number of Infringing Products) x (Amount per Infringing Product) = (Total)*

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The jury foreperson should then sign and date the verdict form in the space below and return it to the Court.

Signed this 21st day of May, 2021.

**SIGNATURE REDACTED**

7

Case 3:19-cv-00225-JPM-HBG   Document 212   Filed 05/21/21   Page 7 of 7   PageID #: 7148